IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Record No.: 16-4195 |
| LEONALDO HARRIS | * |

## APPELLANT'S MOTION FOR LEAVE TO FILE OVERSIZED JOINT APPENDIX

**NOW COMES** Mr. Harris's Court-appointed counsel and moves this Court for permission to file an oversized appendix. In support of this motion, the appellant states as follows:

1. The joint appendix is oversized largely because it includes several transcripts of court proceedings and affidavits of witnesses.

2. The joint appendix is over 800 pages. It includes only materials essential to the Court's evaluation of the issues of this appeal.

3. The Appellant's sole point on appeal is the denial of his motion to withdraw guilty plea. The Appellant' filed an affidavit with his motion and Appellant believes some of the documentation regarding suppression litigation in this matter is necessary because a portion of his claim relates to newly discovered evidence.

4. The parties conferred on September 7, 2016, regarding the Appendix. Appellee Counsel, Nicholas Mitchell, indicated he disagreed with the above assertion and objects to the insertion of the following Appendix pages: 226-798.

5. Appellant makes this motion in good faith for the purposes of this Court being able to properly consider the appeal.

WHEREFORE, Mr. Harris respectfully requests permission to file an oversized joint appendix of at least 920 pages.

Respectfully submitted,

_____/s/_____
Mirriam Z. Seddiq
14452 Old Mill Rd. Ste. 201
Upper Marlboro, MD 20772
301-513-7832  F: 443-588-0400
mirriam.seddiq@seddiqlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing motion was filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following CM/ECF users:

AUSA Nicholas Mitchell
Counsel for Appelle

_____/s/_____
Mirriam Z. Seddiq